UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
VANESSA L. ARMSTRONG
MAR 29 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                            CRIMINAL NO. 3:17-CR-140-JHM

KINGSLEY I. EKPENDU                                                DEFENDANT

## CONCURRENCE OF UNITED STATES
## IMMIGRATION AND CUSTOMS ENFORCEMENT

Based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, in the United States Attorney's request that a judicial order of removal be granted against the defendant.

Dated: March 22, 2018

Chicago, IL

_Lindsay Murphy for_
James M. Gibbons
Special Agent in Charge
United States Immigration and Customs Enforcement